## STATE OF NEW JERSEY v. ALAN ADLEMAN.

May 4, 1976. Petition for certification denied.

## JOHN F. DONATO, M.D. v. NEWARK MUNICIPAL COUNCIL.

May 4, 1976. Petition for certification denied.

## STATE OF NEW JERSEY v. WILLIAM JOSEPH ARCHAMBRO.

May 4, 1976. Petition for certification denied.

## MORRIS A. TRAUB v. BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

May 4, 1976. Petition for certification denied.

## STATE OF NEW JERSEY v. BERTHA MCCULLUM.

May 4, 1976. Petition for certification denied.

## STATE OF NEW JERSEY v. LEROY WIGGINS.

May 4, 1976. Petition for certification denied.